NUMBER 13-06-500-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


________________________________________________________


HEARST NEWSPAPERS PARTNERSHIP L.P., D/B/A 

SAN ANTONIO EXPRESS-NEWS AND MARIANO 

CASTILLO, Appellants,


v.



DAVID A. DIAZ, Appellee.

________________________________________________________


On appeal from the 332nd District Court


of Hidalgo County, Texas.


________________________________________________________


MEMORANDUM OPINION


 

Before Justices Rodriguez, Castillo, and Garza


Memorandum Opinion Per Curiam


 Appellant, HEARST NEWSPAPERS PARTNERSHIP L.P., D/B/A SAN ANTONIO
EXPRESS-NEWS AND MARIANO CASTILLO, perfected an interlocutory appeal from
an order entered by the 332nd District Court of Hidalgo County, Texas, in cause
number C-2217-05-F. After the record and appellant's brief were filed, appellee filed
an unopposed motion to dismiss the appeal. In the motion, appellee/plaintiff states
that he has non-suited his cause of action against the appellants/defendants and that
all issues before this Court are now moot. Appellee requests that this Court dismiss
the appeal.

 The Court, having considered the documents on file and appellee's unopposed
motion to dismiss the appeal, is of the opinion that the motion should be granted. 
Appellee's unopposed motion to dismiss is granted, and the appeal is hereby
DISMISSED.

 PER CURIAM

Memorandum Opinion delivered and filed this

the 16th day of November, 2006.